**Electronically Filed
Supreme Court
SCWC-17-0000727
07-APR-2021
09:19 AM
Dkt. 3 OGAC**

SCWC-17-0000727

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RALPH CURTIS RIVEIRA, JR., also known as Ralph C. Riveira, Jr.,
Petitioner/Defendant-Appellant,

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000727; CASE NO. 1PC121001439)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant Ralph Curtis Riveira, Jr., also known as Ralph C. Riveira, Jr.'s application for writ of certiorari filed on March 1, 2021, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, April 7, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

